# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For a Petty Offense) — Short Form |
| v. | CASE NUMBER: 06-7015M |
| EILEEN MINNICK | |

**THE DEFENDANT:**
Pleaded guilty to Count One of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses: offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| C.R.S. 42-4-1301(1)(a) | Driving Under the Influence | 01-25-06 | 1 |

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine |
|---|---|---|
| **Total:** | $25.00 | $300.00 |
| proc. fee | $25.00 | |

### OTHER ORDERS OF THE COURT

Defendant is sentenced to five (5) days incarceration in the Bureau of Prisons suspended on the successful completion of a term of six (6) months of unsupervised probation. As a condition of probation defendant shall complete Level 2 Alcohol/Drug Education through Adult/Youth Counseling Services. Defendant shall complete 55 hours community service with two hours of said service being with the MADD organization.

March 15, 2006
Date of Imposition of Judgment

s/Michael J. Watanabe
Signature of Judicial Officer

Michael J. Watanabe
U.S. Magistrate Judge
Name & Title of Judicial Officer

March 16, 2006
Date